■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM FRAZIER, JR., Appellant. [609 NYS2d 722] —Judgment unanimously affirmed. Memorandum: Defendant was not denied his statutory right to a preliminary hearing *(see,* CPL 180.10 [2]). A preliminary hearing was scheduled, but before the hearing commenced, defense counsel requested an adjournment. An indictment was returned prior to the adjourned hearing date, thereby obviating the need for a hearing *(see, People v Brown,* 184 AD2d 856, *lv denied* 80 NY2d 927; *People v Phillips,* 88 AD2d 672).

Defendant was convicted of two counts of criminal possession of a controlled substance in the third degree, a class B felony, and was sentenced to concurrent indeterminate terms of imprisonment of 4 to 12 years. That sentence is not harsh or excessive. (Appeal from Judgment of Steuben County Court, Purple, Jr., J.—Criminal Possession Controlled Substance, 3rd Degree.) Present—Green, J. P., Balio, Lawton, Doerr and Boehm, JJ.